IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10479
Conference Calendar
_____

JAMES WATSON RAMSEY,

                                        Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-129-T
- - - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     James Watson Ramsey, federal prisoner #28081-077, appeals
from the district court's dismissal of his lawsuit under the
Federal Tort Claims Act as malicious pursuant to 28 U.S.C.
§ 1915(e)(2).  Ramsey argues that the district court abused its
discretion by determining that his lawsuit was duplicative.  We
have reviewed the record and find no reversible error.  The
appeal is frivolous.  It is DISMISSED.  5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.